In the Matter of VERNA GREEN, Appellant, v BOARD OF EDUCATION OF THE CITY DISTRICT OF NEW YORK, Respondent. [691 NYS2d 187] —In a proceeding pursuant to CPLR article 78, *inter alia*, to review a determination of the respondent Board of Education of the City District of New York, dated October 1, 1997, terminating the petitioner's employment as a probationary teacher, the petitioner appeals from a judgment of the Supreme Court, Kings County (Held, J.), dated May 8, 1998, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

As a probationary employee, the petitioner could be terminated without a statement of reasons provided that the termination was not in bad faith, in violation of statutory or decisional law, or for unconstitutional or illegal reasons (*see, Matter of Williams v Commissioner of Off. of Mental Health of State of N. Y.,* 259 AD2d 623; *Matter of Iannuzzi v Town of Brookhaven,* 258 AD2d 651; *Matter of Wilson v New York City Tr. Auth.,* 254 AD2d 426; *Matter of Bass v New York City Tr. Auth.,* 236 AD2d 536). The petitioner bears the burden of establishing such bad faith or illegal reasons (*see, Matter of*

*Williams v Commissioner of Off. of Mental Health of State of N. Y., supra; Matter of Leskow v Office of Ct. Admin.,* 248 AD2d 1004; *Matter of Dolcemaschio v City of New York,* 180 AD2d 573), and conclusory allegations of bad faith are insufficient to meet this burden or to warrant a hearing (*Matter of Leskow v Office of Ct. Admin., supra; Matter of Thomas v Abate,* 213 AD2d 251).

The Supreme Court properly denied the instant petition without a hearing. The respondent's termination of the petitioner's employment did not constitute bad faith or illegal conduct (*see, Matter of Wilson v New York City Tr. Auth., supra; Matter of Sessoms v Abate,* 223 AD2d 387; *Matter of Nelson v Abate,* 205 AD2d 454; *Matter of Dolcemaschio v City of New York, supra*). O'Brien, J. P., Ritter, Joy, Altman and Smith, JJ., concur.